STATUTES
AT LARGE
OF
VIRGINIA

VOL. 1
1619-60

HENING

PENNA. STATE LIBRARY

EXHIBIT 1

THE

# Statutes at Large;

BEING

A COLLECTION

OF ALL THE

# LAWS OF VIRGINIA,

FROM THE

FIRST SESSION OF THE LEGISLATURE,

IN THE YEAR 1619.

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY OF VIRGINIA,
PASSED ON THE FIFTH DAY OF FEBRUARY ONE THOU-
SAND EIGHT HUNDRED AND EIGHT.

VOLUME I.

By WILLIAM WALLER HENING.

"The *Laws* of a country are necessarily connected with every thing belonging to the people of it; so that a thorough knowledge of *them*, and of their progress, would inform us of every thing that was most useful to be known about them; and one of the greatest imperfections of historians in general, is owing to their ignorance of law." *Priestley's Lect. on Hist. Vol. I. pa.* 149.

NEW-YORK:
PRINTED FOR THE EDITOR, BY R. & W. & G. BARTOW.

1823.

Exception.

publique charges, ministers, duties excepted, not exempting their familyes excepting such as shall be imployed in cheife.

## ACT XLIII.

Boats and canoes, penalty for privately taking them.

FFOR as much as divers persons suffer great damage by private and concealed takeing away of boats & canoos without license from the owners thereof, *It is enacted and confirmed by the authoritie aforesaid that* the comissioners of each county shall be hereby authorized and required to order and give satisfaction from the party soe trespassing vnto those injured by want of his or their boat, boats or canoos.

## ACT XLIV.

Creditors suing their debtors who have tendered satisfaction, to pay costs.

WHEREAS divers suits have been causelessly commenced when satisfaction hath been preferred, Yet creditors for sundry and sinister malicious ends have sued their debtors to the further charging of poor men and troubling of the government, *Be it therefore enacted and confirmed* that all plts. shall demand satisfaction for what the claim as due vnto them from the partie they sue, and make sufficient and legal prooles of such demands at the tyme when they shall sue, to the intent that if such satisfaction hath been prefered as the court shall approve, then the charges by such plts. who have vnnecessarily troubled their debtors.

## ACT XLV.

No act of court or proclamation to contravene an act of assembly.

*IT is enacted and confirmed* that no act of court or proclamation do hereafter enjoyne any obedience contrary to an act of Assembly vnless in manner of seating of new plantations, Provided that no refractory person do refuse obedience and conformitie to an act of Assembly vnder any pretence whatsoever vntil the reversal of the same by the following Assembly.

## ACT XLVI.

Sheriff of each county to keep pri-

*BE it enacted and confirmed by the authoritie* aforesaid that the sheriffs of the severall counties

spectively shall detaine and keep all such prisoners as shall from time to tyme happen to be within the said severall counties as there to have their tryall before the Governor and Counsell att Ja : Citty vntill the first day of the said court which shall be appointed for their tryall, And that then the said sheriffs or their deputies are to deliver the said prisoners into the custody of the sheriff of James Citty, And be it further enacted and confirmed that the comissioners of the severall countyes doe take care that sufficient prisons be built for the vse of the severall countyes respectively. <span style="float:right">soners for trial till the 1st day of the quarter court at Jas. City.<br>Sufficient prisons to be built.</span>

*Be it further enacted and confirmed by the authoritie aforesaid* that if any person shall happen to escape from the hands or custody of any sherriffs of any severall countyes respectively for want of a sufficient prison in each county, All such sheriffs shall find his remedie against the severall countyes which shall be delinquent in the building of prisons, And it is also enacted and confirmed that the said sheriffs shall bring in account att every Grand Assembly of such charges and disbursments as are occasioned in their severall countyes, by keeping his ma'ts. prisons and the said disbursments to be satisfied out the publique charge. <span style="float:right">Counties not providing sufficient prisons liable for escapes.<br>Criminal charges to be rendered to the assembly.</span>

### ACT XLVII.

*Be it further enacted and confirmed by the authoritie of this present Grand Assembly* that the Secretarye his ffees shall be as followeth (vizt.) <span style="float:right">Secretary's fees.</span>

| | | |
|---|---|---|
| Imp's. for a pattent | - - | 50 |
| ffor a commission of administration | | 50 |
| ffor a ffreedom | - - | 50 |
| ffor a probat | - - | 50 |
| ffor a commission to trade | - | 50 |
| ffor a pass | - - | 30 |
| ffor a common warrant | - | 15 |
| ffor a copie order | - | 15 |
| ffor execution | | 30 |
| ffor recording per sheet | - - | 06 |

*And it is further enacted and confirmed by the authoritie aforesaid* that it shall be lawfull for Mr. Secretary or any for him to demand and take twelve pence for everie foure pounds of tobacco of such as are wil-

2 K