STATUTES
AT LARGE
OF
VIRGINIA

VOL. 1
1619-60

HENING

PENNA. STATE LIBRARY

EXHIBIT 2

# THE
# Statutes at Large;

BEING

## A COLLECTION

OF ALL THE

# LAWS OF VIRGINIA,

FROM THE

### FIRST SESSION OF THE LEGISLATURE,

IN THE YEAR 1619.

---

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY OF VIRGINIA, PASSED ON THE FIFTH DAY OF FEBRUARY ONE THOUSAND EIGHT HUNDRED AND EIGHT.

---

VOLUME I.

---

By WILLIAM WALLER HENING.

---

"The *Laws* of a country are necessarily connected with every thing belonging to the people of it; so that a thorough knowledge of *them*, and of their progress, would inform us of every thing that was most useful to be known about them; and one of the greatest imperfections of historians in general, is owing to their ignorance of law."
*Priestley's Lect. on Hist. Vol. I. pa.* 149.

---

*NEW-YORK:*
PRINTED FOR THE EDITOR, BY R. & W. & G. BARTOW.

1823.

## ACT III.

*An Act for the repealing the Act for Marketts and regulating of Trade.*

WHEREAS divers inconveniences are like to ensue by reason of the act for marketts and regulateing of trade and now taken into further consideration, *Be it enacted* that the act for marketts and regulateing of trade be repealed and of none effect, Provided allwaies that if any countrey or perticular persons shall settle any such place whither the merchants shall willingly come for the sale or bringing of goods, Such men shall be lookt vpon as benefactors to the publique.

*Act IV of Oct. 1649 repealed.*

*Merchants to be encouraged.*

## ACT IV.

*An Act repealed for all peices of Eight to passe current.*

WHEREAS there was a law for the encouragement of artificers, peeces of eight of what mettle soever should pass for five shillings sterling, Wee find by experience, and the artificers know it, that nothing can more discourage them, for after they have long laboured for a subsistance (in case this law as now it is should not be repealed) they would have soe many counters in stead of sterling money for the sweat of their browes:

*Pieces of eight of base metal not to pass as current money.*

*Therefore bee it enacted by this Grand Assembly* that no false money shall be currant in this collony, yet peeces of eight that are good and of silver shall pass for five shillings sterling, and Roanoake and Wompompeeke to keep their wonted value.

*But pieces of eight of silver, to pass for 5s. sterl. Roanoake & Wompompeeke at the usual value.*

## ACT V.

*An Act for Criminall Causes to be tryed in the severall Countyes repealed.*

WHEREAS there was an act for the benefit and ease of the people that criminal causes should be tryed in the countyes where the offenders comitted them, Wee conceive it no ease nor benefitt to the peo-

*Criminal causes no longer to be tried in the counties.*

02-REP    Document 19-2    Filed 10/16/19    Page 4 of 4 PageID# 147

<div style="margin-left: 2em;">

<i>but to be tried before the q'r. courts held by the gov. & council or the assembly, which ever shall first happen.</i>

<i>Prisoners, how kept.</i>

<i>If convicted his estate to remain with his wife and children till further order.</i>

</div>

ple to have their lives taken away with too much ease, And though we confesse the same to be done in England, yet wee know the disparity between them and vs to be so great that wee cannot with safety follow the example, for noe countrey there but makes at least ten times the number of people here, and the jurors there are more practised in criminall causes then, by the blessing of God, wee are here, and have more to informe them in case they should err, And 'tis a maxim that no deliberation can be too much pondered that concernes the life of the meanest man; *Be it therefore enacted,* that from henceforth all criminall causes that concerne life or member be tryed at quarter courts before the Governour and Council or att Assemblies (which of them shall first happen,) where it is probable the ablest and most impartiall men will meet: *And be it further enacted,* That all prisoners be kept by the sherriffs of the county where the crime is committed vntil the first day of the quarter court or Assembly, & there be delivered vnto the sherriffs of James Cittie according to an act of Assembly now in force dated in March, 1642; And in case the person on his tryall be condemned and executed there, his estate to remaine in the possession and to the vse of his wife and children vntil further order.

## ACT VI.

<div style="margin-left: 2em;">

*Jurisdiction of county courts final for all sums under 1600 lbs. tobacco or £16 sterl.*

*Appeals over those sums allowed to qr. courts and assembly.*

*Damages.*

*Security.*

</div>

WHEREAS many appeales brought are meerly delatory and for poor, inconsiderable causes whereby men are defrauded of the justice they sue for, the court tacitly tax from whence they appeale and great charges accrueing the suit: *Therefore be it enacted by this Grand Assembly,* that all suits and causes between party and party of what valew soever not touching life or member be tryed by the county courts and not by the quarter courts vnles they exceed 1600 lb. of tobacco and caske or £ 16 sterling and that noe appeales be from the county courts to the quarter courts or from thence to the Assemblies vnder the same value; and damages vpon appeales to be awarded by the judges of appeales, and the appellants forthwith to putt in security to pay what damages shall be awarded against them: Provided that the act Apr.18, 1652, so-