

EXHIBIT 6

# THE
# CODE OF VIRGINIA.

## SECOND EDITION,

## INCLUDING LEGISLATION TO THE YEAR

## 1860.

PUBLISHED PURSUANT TO LAW.



RICHMOND:
PRINTED BY RITCHIE, DUNNAVANT & CO.
1860.

| Sec. | |
|---|---|
| 17. | Officer and guard privileged from arrest. |
| 18. | How sentence of imprisonment until a fine paid, executed. |
| 19. 20. | How persons released who are imprisoned for fines. Fieri facias may be issued. |

*judgment suspended; writ of error.*

e or proceeding for contempt, for whom
ourt, may except to an opinion of the
tions, which (if the truth of the case
judges or justices, or the greater part
t shall be a part of the record of the
strued to authorize a bill of exceptions
t.

circuit court, to death or confinement
apply for a writ of error, the said court
sentence, until a reasonable time be-
of the *court of appeals*,† not exceeding
other criminal case, wherein judgment
ny case of judgment for a contempt,
rt giving such judgment may post-
time and on such terms as it deems

riminal case,§ to the judgment of a
*ls*;‖ and when the case is against a
udgment of a county or corporation
jurisdiction over such county or cor-
ase for the accused; and if the case
e revenue, it shall lie also for the

rson for a contempt of court, other
isobedience to, a judgment, decree,
n the judgment is of a county or
ourt having jurisdiction over such
a circuit court, from the *court of*

hich a writ of error lies, the same
f; and when a writ of error lies
awarded in the vacation thereof,

his chapter to any judgment, may
e court or judge awarding it so

1847-8, p. 153, c. 22, § 1; p. 154, § 6; p. 159,
9 Leigh 636.
general court," the court of appeals hav-
been exercised by the general court. See

, p. 48, c. 71. 1839-40, p. 15, § 37. 1847-8,
10 Gratt. 754.
24; 11 Leigh 675.
general court." See ante, c. 160, § 3;
is of the general court, from the court of
section, be awarded to a judgment of the

general court." See ante, c. 160, § 3.

---

direct, on such terms and conditions as the said court or judge may pre- 1847-8, p. 154, § 5; scribe.   p. 160, § 7
  8 and 9 Vict. c. 68

7. The court from which a writ of error lies, shall affirm the judgment 1 R. C. p. 224, 5, § 26
if there be no error therein, and reverse the same in whole or in part if 1825-6, p. 20, c. 18
erroneous, and enter such judgment as the court whose error is sought to 1830-31, p. 106, § 4
be corrected, ought to have entered; or remand the cause and direct a 2 Gratt. 558
new trial;* affirming in those cases where the voices on both sides are
equal.

### Execution of sentence.

8. Sentence of death, except for insurrection or rebellion, shall not be 1 R. C. p. 608, § 30
executed sooner than thirty days after the sentence is pronounced. 1847-8, p. 124, § 26

9. The clerk of the court pronouncing such sentence shall, as soon as 1 R. C. p. 236, § 40
may be, after the sentence, deliver a certified copy thereof to the officer 1847-8, p. 154, §§ 7, 8
of said court, who shall cause the sentence to be executed. Under such
sentence, death shall be inflicted by hanging the convict by the neck until
he is dead.

10. Whenever sentence of death is to be executed, if the convict under 1855-6, p. 36, 37, c. 43, § 1, 2
such sentence be in jail, around or adjoining which there is a yard of
sufficient size enclosed by a wall, such sentence shall be executed within
such enclosed yard, unless the court, by which such sentence was pro-
nounced, direct otherwise. At the execution there shall be present, be-
sides the officers of said court, such other officers and such guard and as-
sistants as the officer executing the sentence shall see fit. He shall re-
quest the presence of the attorney for the commonwealth in said court,
the clerk thereof, and twelve respectable citizens, including a physician
or surgeon; and he shall permit the presence of the counsel of the con-
vict, and such ministers of the gospel as he shall desire, and such of the
convict's relations as the officer shall deem prudent.

11. The officer executing a sentence of death shall certify the fact to 1847-8, p. 154, § 9
the clerk of the court, who shall file the certificate with the papers in the
case.

12. Every person sentenced by a court to confinement in the peniten- 1 R. C. p. 621, § 21
tiary, shall, as soon as may be, be delivered at the penitentiary by the 1847-8, p. 154, § 10
officer of such court. If he fail to make such delivery within a reasonable 1850-51, p. 9, § 13
time, he shall forfeit one hundred dollars. It shall be lawful for the au-
ditor of public accounts to allow officers conveying persons to the jail or
penitentiary, the necessary expenses of the prisoner or convict.

13. The clerk of the court in which a person is sentenced to the peni- 1 R. C. p. 620, § 16
tentiary, shall forthwith transmit to the superintendent thereof a full copy 1847-8, p. 154, § 11
of the record of the trial and conviction. If he fail so to do, he shall
forfeit one hundred dollars.

14. The officer who is required to carry a prisoner to the penitentiary, 1 R. C. p. 604, 5, § 17
or to any other place, may, if he deem it necessary for his safe convey- 1841-2, p. 52, c. 90, § 4
ance, summon one person, but not more than one, as a guard to each 1847-8, p. 154, § 12
prisoner, except as follows:

15. When the court, judge or justices, by whose judgment or order a 1 R. C. p. 622, § 25
prisoner is to be removed, shall think a stronger guard proper, and order 1847-8, p. 155, § 13
it, as many persons as may be so ordered shall be summoned by the
officer.

---

* See 2 Va. Cas. 122; 4 Leigh 669; 1 Rob. 676, 7; 2 Gratt. 558; 5 Gratt. 663.