


ACTS
OF
ASSEMBLY

1866-67.

EXHIBIT 7

# ACTS

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF VIRGINIA,

PASSED IN 1866–67,

IN THE

NINETY-FIRST YEAR OF THE COMMONWEALTH.

---

RICHMOND:
JAMES E. GOODE, PRINTER.
1867.

# ACTS OF ASSEMBLY.

## EXTRA SESSION 1867.

Chap. 1.—An ACT declaring a certain portion of Meherrin river a lawful fence.

Passed March 8, 1867.

1. Be it enacted by the general assembly, That the Meherrin river, from its intersection by the dividing line of Brunswick and Greensville counties, to Jocy's old bridge, between Greensville and Southampton counties, be and the same is hereby declared a lawful fence. — *Meherrin river a lawful fence*

2. This act shall be in force from its passage. — *Commencement*

---

Chap. 2.—An ACT for the relief of James C. McCue, of the county of Albemarle.

Passed March 11, 1867.

Whereas, it is represented to this general assembly, that the county court of Nelson county, at a term held on the twenty-seventh day of November, eighteen hundred and sixty-six, did impose a fine of thirty dollars, and costs amounting to twenty-two dollars and fifty-three cents, on James C. McCue, for selling goods, wares and merchandize in said county, without first obtaining a license for so doing; and whereas, it further appears that it was not the intention of the said James C. McCue to defraud the state of the license tax, he having previously paid the tax required by law in the county of Albemarle, which he did not use, but commenced business in the county of Nelson: therefore, — *Preamble*

1. Be it enacted by the general assembly, That the said James C. McCue be and he is hereby released from the payment of the said fine and costs, and it shall not be lawful for the authorities of the said county of Nelson to enforce the payment of the same. — *Released from fine and costs*

2. This act shall be in force from its passage. — *Commencement*

*Execution of sentence.*

| | |
|---|---|
| Sentence of death | 8. Sentence of death, except for insurrection or rebellion, shall not be executed sooner than thirty days after the sentence is pronounced. |
| Execution of | 9. The clerk of the court pronouncing such sentence shall, as soon as may be after the sentence, deliver a certified copy thereof to the officer of said court, who shall cause the sentence to be executed. Under such sentence, death shall be inflicted by hanging the convict by the neck until he is dead. |
| When to be private | 10. Whenever sentence of death is to be executed, if the convict under such sentence be in jail, around or adjoining which there is a yard of sufficient size, enclosed by a wall, such sentence shall be executed within such enclosed yard, unless the court by which such sentence was pronounced direct otherwise. |
| Who may be present | At the execution there shall be present, besides the officers of said court, such other officers and such guard and assistants as the officer executing the sentence shall see fit. He shall request the presence of the attorney for the commonwealth in said court, the clerk thereof and twelve respectable citizens, including a physician or surgeon; and he shall permit the presence of the counsel of the convict, and such ministers of the gospel as he shall desire, and such of the convict's relations as the officer shall deem prudent. |
| Sentence; how certified | 11. The officer executing a sentence of death shall certify the fact to the clerk of the court, who shall file the certificate with the papers in the case. |
| Sentence of confinement in penitentiary | 12. Every person sentenced by a court to confinement in the penitentiary, shall, as soon as may be, be delivered at the penitentiary by the officer of such court. If he fail to make such delivery within a reasonable time, he shall forfeit one hundred dollars. It shall be lawful for the auditor of public accounts to allow officers conveying persons to the jail or penitentiary, the necessary expenses of the prisoner or convict. |
| Record to be certified | 13. The clerk of the court in which a person is sentenced to the penitentiary, shall forthwith transmit to the superintendent a full copy of the record of the trial and conviction. If he fail so to do, he shall forfeit one hundred dollars. |
| Rules as to employment of guard in conveying prisoner | 14. The officer who is required to carry a prisoner to the penitentiary, or to any other place, may, if he deem it necessary for his safe conveyance, summon one person, but not more than one, as a guard to each prisoner, except as follows: |
| | 15. When the court, judge or justices, by whose judgment or order a prisoner is to be removed, shall think a stronger guard proper, and order it, as many persons as may be so ordered shall be summoned by the officer. |
| In case of rescue | 16. If on the way to the penitentiary or other place, in consequence of an attempt to rescue the prisoner, made or reasonably apprehended, or in consequence of any other unforeseen danger, the officer is satisfied that a stronger guard |