

EXHIBIT 9

# ACTS

AND

## JOINT RESOLUTIONS

PASSED BY

# THE GENERAL ASSEMBLY

OF THE

# STATE OF VIRGINIA

DURING THE

## SESSION OF 1878-79.

---

RICHMOND:
R. E. FRAYSER, SUPERINTENDENT PUBLIC PRINTING.
1879.

for discount and deposit, or at the place of business of a savings institution or savings bank, or at a place of business of a licensed broker or banker, and every inland bill of exchange payable in this state, shall be deemed negotiable, and may, upon being dishonored for non-acceptance or non-payment, be protested, and the protest be in such case evidence of dishonor in like manner as in the case of a foreign bill of exchange.

*Protest prima facie evidence, &c*

§ 8. The protest both in the case of a foreign bill and in the other cases mentioned in the preceding section, shall be prima facie evidence of what is stated therein, or at the foot or on the back thereof, in relation to presentment, dishonor, and notice thereof.

*Commencem't*

2. This act shall be in force from its passage.

---

CHAP. 118.—An ACT to provide for the punishment of persons convicted of petit larceny in the city of Norfolk.

Approved April 2, 1879.

*Simple larceny, how punished*

1. Be it enacted by the general assembly of Virginia, That persons convicted under chapter three, section thirteen of the Criminal Code of the state, being chapter three hundred and eleven of the Acts of Assembly, eighteen hundred and seventy-seven, seventy-eight, and chapter three, section thirteen of the same, of petit larceny, in the city of Norfolk, may be punished with stripes, or, at the discretion of the court, may be sentenced to hard labor in a chain-gang in said city:

*Proviso*

provided that the city of Norfolk shall pay all the expenses of such chain-gang, and of guarding, finding and clothing such persons, and of properly providing for and taking care of the same.

*Commencem't*

2. This act shall take effect from its passage.

---

CHAP. 119.—An ACT to prohibit public executions.

Approved April 2, 1879.

*Public executions forbidden*

1. Be in enacted by the general assembly, That it shall not be lawful hereafter in this state to execute the death penalty on any condemned criminal in a public manner, but only in the presence of such officers of the law as may be necessary to see that the sentence of the court is properly carried into effect.

*Commencem't*

2. This act shall be in force from its passage.