
EXHIBIT 13

# ACTS

AND

# JOINT RESOLUTIONS

(Amending the Constitution)

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF VIRGINIA

SESSION WHICH COMMENCED AT THE
STATE CAPITOL ON WEDNESDAY,
JANUARY 12, 1910

RICHMOND:
DAVIS BOTTOM, SUPERINTENDENT OF PUBLIC PRINTING
1910

appearance in court whenever ordered to do so within the year, and shall further comply with the terms of the order, and of any subsequent modification thereof, then the recognizance shall be void, otherwise of full force and effect. If the court be satisfied, by information and due proof, under oath, that any time during the year the defendant has violated the terms of such an order, it may forthwith proceed to enforce the original sentence. The court may direct any probation officer of such city or town, at any time, to ascertain and report to it if the defendant is obeying such order of the court.

3. It shall be unlawful for any person to cause or encourage any boy or girl to commit a misdemeanor, or for any person to send or cause to be sent any boy or girl, under seventeen years of age, to any house of prostitution, or to any saloon or wine-room, or to any policy-shop or gambling place, or to any pool-room or bucket shop, knowing them to be such, or knowingly permit, contribute to, encourage, or cause any such child to be guilty of any vicious or immoral conduct, and any person so offending shall be guilty of a misdemeanor, and shall be tried in any court of competent jurisdiction, and upon conviction thereof shall be punished by a fine not in excess of one hundred dollars, or by imprisonment in jail for a period not exceeding one year, or, in discretion of the court, in lieu thereof, to hard labor on the public roads for a period not to exceed six months.

4. All laws and parts of laws not consistent herewith are herewith repealed.

5. There being emergency, this act is ordered to be in force and effect immediately upon its passage.

---

CHAP. 348.—An ACT to amend and re-enact section 4 of an act entitled an act to establish a permanent place in the State penitentiary, at Richmond, Virginia, for the execution of felons upon whom the death penalty is to be imposed, and to change the mode of execution so that the death sentence shall be by electricity, and to provide an appropriation therefor, approved March 10, 1908.

Approved March 17, 1910.

1. Be it enacted by the general assembly of Virginia, That section four of an act entitled an act to establish a permanent place in the State penitentiary, at Richmond, Virginia, for the execution of felons upon whom the death penalty is to be imposed, and to change the mode of execution so that the death sentence shall be by electricity, and to provide an appropriation therefor, approved March sixteenth, nineteen hundred and eight, be amended and re-enacted so as to read as follows:

§4. The said superintendent, or the assistants appointed by him, shall proceed, unless a suspension of execution be ordered, at the time named in said sentence, to cause the said felon under sentence of death to be electrocuted until he is dead.

At the execution there shall be present the superintendent, or an assistant, the surgeon of the penitentiary, or his assistant, and a number of respectable citizens numbering not less than six nor more than twelve. The counsel for the convict and minister of the gospel may be present.