# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**BH MEDIA GROUP, INC.** *et al.*,

      **Plaintiffs,**

**v.**                                                                   **Case No.  3:19-cv-692**

**HAROLD W. CLARKE, in his official**
**Capacity as Director of the Virginia Department**
**of Corrections,**

      **Defendant.**

## PLAINTIFFS' MOTION FOR ENTRY OF AGREED ORDER

Plaintiffs, by counsel, hereby move the Court to enter the sketch Agreed Order attached hereto as Exhibit A establishing certain pretrial deadlines agreed to by the parties.  The grounds for Plaintiffs' motion are set forth more fully in the memorandum filed contemporaneously herewith.

WHEREFORE, Plaintiffs, with the agreement of Defendant, respectfully request that the motion be granted, that the Court enter the sketch Agreed Order attached hereto, and that the parties be awarded any additional relief the Court deems fair and just.

Date: April 16, 2020                              Respectfully submitted,


                                      /s/ David B. Lacy
                                    Craig T. Merritt (VSB #20281)
                                    cmerritt@cblaw.com
                                    David B. Lacy (VSB #71177)
                                    dlacy@cblaw.com
                                    Gordon M. Phillips (VSB #90982)
                                    gphillips@cblaw.com

CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112


David A. Schulz, *pro hac vice*
Charles Crain, *pro hac vice*
Francesca Procaccini, *pro hac vice*
MEDIA FREEDOM AND
INFORMATION ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
P.O. Box 208215
New Haven, CT 06520
Tel: (203) 432-9387
Fax: (203) 432-3034
Email: dschulz@ballardspahr.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of April 2020, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such

filing (NEF) to all counsel of record.


 /s/ David B. Lacy
David B. Lacy (VSB No. 71177)
dlacy@cblaw.com
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:   (804) 697-4100
Fax:    (804) 697-4112


#2600548